IT IS SO ORDERED

*Judge James Ware*

5/21/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
   LONG-TERM DISABILITY PLAN
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  DAWN LEE HOLLAND,              )  Case No.:     CV09-01690 JW
                                   )
14          Plaintiff,             )  STIPULATION TO EXTEND TIME TO
                                   )  ANSWER OR OTHERWISE RESPOND
15      v.                         )  TO PLAINTIFF'S COMPLAINT
                                   )
16  LOCKHEED MARTIN CORPORATION    )  [Local Rule 6-1]
    LONG-TERM DISABILITY PLAN      )
17                                 )  Location     :     San Jose
            Defendant.             )  Courtroom    :     8
18                                 )  Before       :     Hon. James Ware
                                   )
19  _____)

20      IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between plaintiff

21  Dawn Lee Holland and defendant Lockheed Martin Corporation Long-Term Disability Plan,

22  through their attorneys of record, as follows:

23      1.      On or about April 29, 2009, defendant was served with the Summons and

24  Complaint filed in this action, and defendant's response to the Complaint currently is due on or

25  before May 19, 2009;

26

27                                          1
         STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
28                          PLAINTIFF'S COMPLAINT
    USDC NDCA Case #CV09-04690 JW
    441285.1

1   2.  Plaintiff has agreed that defendant may have an extension to and including June 13,

2 2009 to answer or otherwise respond to the Complaint herein;

3   3.  This extension does not exceed thirty (30) days; and

4   4.  This stipulated date for defendant to respond to the Complaint will not alter the date

5 of any event or any deadline already fixed by Court order.

6

7 Date: May __, 2009        WILSON, ELSER, MOSKOWITZ,
                  EDELMAN & DICKER LLP

8

9

10          By: _____
            ADRIENNE C. PUBLICOVER

11            Attorneys for Defendant
            LOCKHEED MARTIN CORPORATION

12            LONG-TERM DISABILITY PLAN

13 Date: May __, 2009        LEWIS, FEINBERG, LEE,
                  RENAKER & JACKSON, P.C.

14

15

16          By: _____
            DANIEL FEINBERG

17            CATHA WORTHMAN
            Attorneys for Plaintiff

18            DAWN LEE HOLLAND

19

20

21

22

23

24

25

26

27              2
    STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
28            PLAINTIFF'S COMPLAINT
 USDC NDCA Case #CV09-04690 JW
 441285.1

**CERTIFICATE OF SERVICE**

*Dawn Lee Holland v. Lockheed Martin Corporation Long-Term Disability Plan*
*USDC NDCA Case #CV09-04690 JW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

 ☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

 ☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

 ☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Daniel Feinberg, Esq.
Catha Worthman, Esq.
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Tel:     (510) 839-6824
Fax:    (510) 839-7839

***Attorneys for Plaintiff***
***DAWN LEE HOLLAND***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 14, 2009** at San Francisco, California.

_____
Nancy Li

3

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case #CV09-04690 JW
441285.1