United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10   Dawn Lee Holland,                      NO. C 09-01690 JW
11                    Plaintiff,            **ORDER VACATING CASE**
     v.                                     **MANAGEMENT CONFERENCE;**
12                                          **SETTING HEARING SCHEDULE FOR**
     Lockheed Martin Corp. Long-Term        **CROSS-MOTIONS FOR SUMMARY**
13   Disability Plan,                       **JUDGEMENT**
14                    Defendant.
15   _____/
16        This case is scheduled for a Case Management Conference on August 31, 2009.  Upon
     review of the parties' Joint Rule 26(f) Report (Docket Item No. 17), the Court finds that a
17   conference is unnecessary at this time.  Accordingly, the Court VACATES the August 31, 2009
18   Case Management Conference and ORDERS as follows:
19
20        (1)   The parties dispute whether discovery is warranted in this ERISA case.  Plaintiff
21              contends that limited discovery should be permitted to resolve the issue of the
                "standard of review."  (See Joint Rule 26(f) Report at 4.)  Defendant contends that
22              the administrative record is complete and thus, discovery is unwarranted.  (Id. at 5.)  The
23              Court finds to the extent that there is a dispute regarding the proper "standard of
24              review," it is a legal question for the Court to decide.  Accordingly, the Court
25              DENIES Plaintiff's request for discovery at this time.
26
         (2)   In their Joint Report, the parties proposed filing separate motions for summary
27              judgment on the proper standard of review and the merits respectively.  The Court
28

finds such a staging of motions unnecessary.  Accordingly, the Court sets a hearing date for the parties' anticipated cross-motions for summary judgment based on the administrative record.  In their respective motions, the parties may argue for the proper standard of review.  The hearing is set for **February 22, 2010 at 9 a.m.**  The parties shall file and notice their motions in accordance with the Civil Local Rules of the Court.

Dated:  August 27, 2009

_____
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Adrienne Clare Publicover Adrienne.Publicover@WilsonElser.com
Catha Alison Worthman cworthman@lewisfeinberg.com
3    Daniel Mark Feinberg dfeinberg@lewisfeinberg.com
Shivani Nanda shivani.nanda@wilsonelser.com

4

5

6

7    **Dated:  August 27, 2009**                 **Richard W. Wieking, Clerk**

8                                           **By:    /s/ JW Chambers**
9                                                  **Elizabeth Garcia**
                                                 **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28