Daniel Feinberg – CA State Bar No. 135983
Catha Worthman – CA State Bar No. 230399
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
cworthman@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWN LEE HOLLAND, | ) |
| Plaintiff, | ) Case No.  CV 09-01690 JW |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| LOCKHEED MARTIN CORPORATION LONG-TERM DISABILITY PLAN | ) **ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE** |
| Defendants. | ) |

The parties, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice, and no party shall make an application for attorneys' fees or costs.  It is so stipulated.

Dated: November 2, 2009

Respectfully submitted,
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By:    /s/ Catha Worthman
Catha Worthman
*Attorneys for Plaintiff*

Dated: November 2, 2009     By:     /s/ Adrienne Publicover
Adrienne Publicover
Wilson, Elser, Moskowitz,
   Edelman & Dicker LLP
*Attorneys for Defendant*

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the above-captioned action is HEREBY DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED. The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

DATED:  November 4 , 2009                             _____

                                                                            The Honorable James Ware
                                                                            UNITED STATES DISTRICT JUDGE

## **Attestation Certificate**

I hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein, and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: November 2, 2009                By: /s/ Catha Worthman

                                                        Catha Worthman
                                                        LEWIS, FEINBERG, LEE,
                                                        RENAKER & JACKSON, P.C.
                                                        1330 Broadway, Suite 1800
                                                        Oakland, CA 94612
                                                        Telephone: (510) 839 6824
                                                        Facsimile: (510) 839 7839
                                                        *Attorneys for Plaintiff*